# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Nos. 3:98-cr-00038-14; |
| | ) | 3:99-cr-00146-1 |
| **v.** | ) | |
| | ) | **Judge Nixon** |
| **LAMEISHA ANDERSON** | ) | |

## ORDER

Pending before the Court is Defendant Lameisha Anderson's Motion to Re-Substitute Counsel ("Motion") (Doc. No. 4031). Defendant requests the Court remove attorney Gary Hill from case no. 3:98-cr-00038-14, and substitute attorney William T. Ramsey as counsel of record in that case. (*Id.* at 1.) Defendant states that Mr. Hill has failed to respond to several communications from the U.S. Attorney's Office, the Probation Office, and from Mr. Ramsey. (*Id.*) Defendant also states that Mr. Ramsey is counsel of record in case no. 3:99-cr-00146-1, the above-captioned case which has been consolidated for sentencing with case no. 3:98-cr-00038-14. (*Id.*)

The Court finds the substitution satisfies the requirements of Local Rule 83.01(f). Accordingly, the Motion is **GRANTED**. Mr. Ramsey is substituted as counsel of record for Defendant in case no. 3:98-cr-00038-14.

It is so ORDERED.

Entered this the 10th day of April, 2014

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT